676 A.2d 194

**COMMUNITY ACCOUNTANTS, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

March 29, 1996.

*ORDER*

PER CURIAM.

The Order of the Commonwealth Court is hereby affirmed.

NEWMAN, J., did not participate in the consideration or decision of this case.